RODERICK P. BUSHNELL (Cal. Bar No. 46583)
LAW OFFICE OF RODERICK P. BUSHNELL
400 Brannan Street, Suite 7
San Francisco, California 94107
Telephone: 415-217-3800
rbushnell@sprynet.com
bcflawyers@aol.com

THOMAS MARC LITTON, ESQ. (Cal. Bar No. 119985)
LAW OFFICES OF THOMAS MARC LITTON
1 Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 421-4774
marc@littonlaw.com

Attorneys for Plaintiff, GUSTAVO LOPEZ

SEYFARTH SHAW LLP
Pamela Lynn Vartabedian (SBN 251133)
pvartabedian@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: 415-397-2823

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:25-cv-00397-VKD<br><br>**JOINT STIPULATION TO AMEND THE CASE MANAGEMENT ORDER AND CONTINUE THE TRIAL DATE AND RELATED DATES**<br><br>Complaint Filed: November 12, 2024<br>Removal Date: January 10, 2025<br>Trial Date: October 21, 2026 |

Counsel for Plaintiff GUSTAVO LOPEZ ("Plaintiff") and counsel for Defendant COSTCO WHOLESALE CORPORATION ("Costco") (collectively the "parties"), have met and conferred, and upon a showing of good cause, hereby enter into the following stipulation to continue the expert discovery cut-off, dispositive motion deadline, and trial date.

WHEREAS, the operative Complaint in this matter was filed on November 25, 2024 in Superior Court of California, County of Monterey, and removed to this Court on January 10, 2025.

WHEREAS, on May 20, 2025, the Court issued the operative Case Management Order. *See* ECF No. 17.

WHEREAS, on March 16, 2026 the Court granted the parties Motion to Amend Case Management Order to continue the fact discovery cut-off.

WHEREAS on May 14, 2026, the Court granted the parties Second Motion to Amend Case Management Order to continue the expert discovery related deadlines.

WHEREAS, the current expert discovery cut-off is July 17, 2026.

WHEREAS, the parties have completed written discovery, Costco has taken Plaintiff's deposition, and Plaintiff has completed five fact witness depositions.

WHEREAS, in mid-May 2026, Plaintiff's counsel informed Defendant's counsel that he was diagnosed with a serious medical condition that will require surgery in the summer/fall of 2026 and will require time for recovery.

WHEREAS, the parties are meeting and conferring regarding Plaintiff's IME and are preparing their expert witness disclosures. However, the parties have met and conferred and agree that additional time is needed to complete expert discovery and complete dispositive motions.

WHEREAS, the above-referenced medical condition and recovery will also prevent counsel from adequately preparing for and participating in trial and the pre-trial conference presently set for September 23, 2026. The parties have met and conferred about the trial date and counsel's mutual availability for trial in early 2027, and jointly request that the Court continue the trial to May 12, 2027, or such other date as is convenient for the Court, and set the pre-trial conference for April 14, 2027. The parties also request that the expert discovery cut-off and last day to hear dispositive motions be continued as set forth below.

WHEREAS, this Stipulation to Amend the Case Management Order is made in good faith and not for the purposes of undue delay, as substantial discovery has already taken place.

WHEREAS, the parties propose the following amended dates to commence and complete expert discovery and dispositive motions, and a new trial date based on counsel's availability:

| Case Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact Discovery Cutoff | 4/30/26 | **No Change** |
| Expert Witness Disclosures Due (Rule 26(a)(2)) | 6/5/26 | **7/10/2026** |
| Expert Witness Rebuttal Disclosures Due (Rule 26(a)(2)) | 6/26/26 | **7/31/2026** |
| Expert discovery cutoff | 7/17/26 | **8/21/2026** |
| Last day for hearing on dispositive motions / *Daubert* motions | 8/11/2026 | **11/17/2026** |
| Final Pretrial Conference | 9/23/2026 | **4/14/2027** |
| Jury Trial | 10/21/2026 – 11/3/2026 | **5/12/2027 – 5/25/2027** |

For the reasons listed above, the parties respectfully request that the Court grant their Stipulation to Amend the Case Management Order.


DATED: May 26, 2026                    Respectfully submitted,

                                       SEYFARTH SHAW LLP



                                       By: */s/ Pamela L. Vartabedian*
                                           Pamela Vartabedian
                                           Attorneys for Defendant
                                           COSTCO WHOLESALE CORPORATION

DATED: May 25, 2026                    LAW OFFICES OF THOMAS MARC LITTON


                                       By: */s/  Thomas Marc Litton (as authorized on 5/25/26)*
                                           Thomas Marc Litton

                                       Attorneys for Plaintiff
                                       GUSTAVO LOPEZ

3

JOINT STIPULATION TO AMEND THE CASE MANAGEMENT ORDER AND CONTINUE THE TRIAL DATE AND RELATED DATES

DATED: May 25, 2026                    LAW OFFICE OF RODERICK P. BUSHNELL

By: */s/ Roderick Bushnell (as authorized on 5/25/26)*
      Roderick P. Bushnell

Attorneys for Plaintiff
GUSTAVO LOPEZ

## **ATTESTATION**

Pursuant to Local Rule 5-1.(i)(3), the filer of this document certifies that all other signatories listed, on whose behalf the filing is submitted, concur in the content of the filing and have authorized the filing.

4

JOINT STIPULATION TO AMEND THE CASE MANAGEMENT ORDER AND CONTINUE THE TRIAL DATE
AND RELATED DATES