UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| GUSTAVO LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No.  25-cv-00397-VKD<br><br>**ORDER GRANTING IN PART, DENYING IN PART JOINT STIPULATION TO AMEND THE CASE MANAGEMENT ORDER AND CONTINUE THE TRIAL DATE AND RELATED DATES**<br><br>Re: Dkt. No. 28 |

On May 26, 2026, the parties filed a joint stipulation seeking an extension of certain case management deadlines.  Dkt. No. 28.  At this time, the Court does not have trial dates available in May 2027.  The Court will set dates for the final pretrial conference and jury trial by a separate order.

Accordingly, the Court grants in part the parties' request to extend certain case management deadlines, as follows:

| | |
|---|---|
| Deadline for Rule 26(a)(2) disclosures | July 10, 2026 |
| Deadline for Rule 26(a)(2) rebuttal disclosures | July 31, 2026 |
| Expert discovery cutoff | August 21, 2026 |
| Last day for hearing on dispositive motions/*Daubert* motions | November 17, 2026 |

//

//

**IT IS SO ORDERED.**

Dated: May 28, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California