UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GUSTAVO LOPEZ,

          Plaintiff,

    v.

COSTCO WHOLESALE CORPORATION,

          Defendant.

Case No.  25-cv-00397-VKD

**ORDER SETTING FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

On May 26, 2026, the parties filed a joint stipulation seeking an extension of the final pretrial conference and jury trial, among other case management deadlines.  Dkt. No. 28.  On May 28, 2026, the Court advised the parties that it was not able to accommodate the parties' requested trial dates in May 2027 and that the Court would issue an order setting dates for a final pretrial conference and jury trial.  Dkt. No. 29.

Having considered the Court's calendar, the Court sets a jury trial in this matter for **June 21, 2027 to July 2, 2027**.  The Court will hold a final pretrial conference on **May 19, 2027 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: June 1, 2026

Virginia K. DeMarchi
United States Magistrate Judge